**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CURTISS SEAL,**

                **Plaintiff,**

-vs-                                              Case No. 6:08-cv-1370-Orl-31DAB

**PREMIER AIR, INC., STEVE FOX, and**
**J.P. LAKE,**

                **Defendants.**

## ORDER

This matter comes before the Court on the motions to dismiss (Doc. 12, 15) filed by Defendants J.P. Lake ("Lake") and Premier Air, Inc. ("Premier Air"), respectively.

Counts I and II of the Complaint (Doc. 1) raise claims under the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.* In their motions, Lake and Premier Air seek dismissal of Count III, in which the Plaintiff asserts a state law claim against all three Defendants for breach of his employment contract. Lake and Premier Air argue that while the Court has original jurisdiction over the federal claims asserted in Counts I and II, it lacks supplemental jurisdiction over the state-law contract claim asserted in Count III, because it is not so related to the federal claims that it forms part of the same case or controversy. *See* 28 U.S.C. § 1367(a). However, a review of the Complaint demonstrates that the claims all rise out of the employment relationship between the Plaintiff and the Defendants and boil down to allegations that the Defendants failed to pay him at least some of the wages he was due. On this record, the Court finds that the claims are sufficiently

related as to form part of the same case or controversy, and the Court may exercise supplemental jurisdiction over them.  Accordingly, it is hereby

> **ORDERED** that the motions to dismiss (Doc. 12, 15) are **DENIED**.

> **DONE** and **ORDERED** in Chambers, Orlando, Florida on December 18, 2008.

GREGORY A. PRESNELL<br>UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party